**Order entered July 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00369-CR

**JAMES EDWARD GRUMBLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-70745-Y**

## ORDER

The Court **DENIES** appellant's June 18, 2013 pro se motion for reasonable bail pending appeal. This is not the proper Court in which to file a motion regarding a bond pending appeal. *See* TEX. CODE CRIM. P. ANN. art. 44.04(d). Moreover, appellant is represented by counsel and is not entitled to hybrid representation. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981).

/s/    DAVID EVANS
         JUSTICE